NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,
*Plaintiffs-Appellees*

**v.**

**ACRONIS, INC.,**
*Defendant-Appellant*

2020-2149

Appeal from the United States District Court for the Eastern District of Texas in No. 6:15-cv-01001-RWS-KNM, Judge Robert Schroeder, III.

**JUDGMENT**

AARON JACOBS, Prince Lobel Tye LLP, Boston, MA, argued for plaintiffs-appellees.

JANINE A. CARLAN, Arent Fox, LLP, Washington, DC, argued for defendant-appellant.  Also represented by JASJIT S. VIDWAN.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 20, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court